| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br>Attorneys for Secured Creditor<br>NATIONSTAR MORTGAGE LLC<br><br>Laura M. Egerman (LE-8250) | Order Filed on January 6, 2017 by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 16-10730-CMG<br><br>CHAPTER 13<br><br>HEARING DATE: January 4, 2017 at 9:00 a.m.<br><br>JUDGE: Christine M. Gravelle |
| **In Re:**<br><br>**Denise M Flagg,**<br><br>　　**Debtor.** | |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 6, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtors: **Denise M Flagg**
Case No.: **16-10730-CMG**
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, NATIONSTAR MORTGAGE LLC, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 9-2 Victoria Court, Freehold, NJ 07728.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. Attorneys' fees in the amount of $350.00 and costs in the amount of $176.00 are awarded for the prosecution of this Motion for Relief from Stay.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

```
4.  Movant may pursue any and all loss mitigation options with respect to the
Debtor(s) or the real property described above, including but not limited to
repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure
```