| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | Order Filed on January 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>-and-<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br>Attorneys for Secured Creditor<br>NATIONSTAR MORTGAGE LLC<br><br>Laura M. Egerman (LE-8250) | CASE NO.: 16-10730-CMG<br><br>CHAPTER 13<br><br>HEARING DATE: January 4, 2017 at 9:00 a.m.<br><br>JUDGE:  Christine M. Gravelle |
| **In Re:**<br><br>**Denise M Flagg,**<br><br>      **Debtor.** | |

### ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 6, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

16-10730-CMG
16-004046
Order on Automatic Stay

Page 2

Debtors: **Denise M Flagg**
Case No.: **16-10730-CMG**
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the motion of Robertson, Anschutz & Schneid, PL, attorneys for Secured Creditor, NATIONSTAR MORTGAGE LLC, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. The automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 9-2 Victoria Court, Freehold, NJ 07728.

2. Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

3. Attorneys' fees in the amount of $350.00 and costs in the amount of $176.00 are awarded for the prosecution of this Motion for Relief from Stay.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

```
4.  Movant may pursue any and all loss mitigation options with respect to the
Debtor(s) or the real property described above, including but not limited to
repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure
```

16-10730-CMG
16-004046
Order on Automatic Stay

United States Bankruptcy Court
District of New Jersey

In re:  
Denise M Flagg  
      Debtor

Case No. 16-10730-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jan 06, 2017  
                      Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db          +Denise M Flagg,   9-2 Victoria Court,   Freehold, NJ 07728-3917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo    docs@russotrustee.com  
          Brian W. Hofmeister    on behalf of Debtor Denise M Flagg bwh@hofmeisterfirm.com  
          Denise E. Carlon    on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Hubert C. Cutolo    on behalf of Creditor   Wyndham Place at Freehold Condominium Association, Inc. hcutolo@cutololaw.com  
          Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
          Patrick O. Lacsina    on behalf of Creditor   Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
                                                                                           TOTAL: 7