Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−10730−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M Flagg
   9−2 Victoria Court
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3726

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         8/2/17
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 22, 2017
JAN: pbf

                                 Jeanne Naughton
                                 Clerk, U. S. Bankruptcy Court

```
                           United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 16-10730-CMG
Denise M Flagg                                                  Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jun 22, 2017
                              Form ID: 132             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Denise M Flagg,    9-2 Victoria Court,    Freehold, NJ 07728-3917
cr             +Nationstar Mortgage LLC,   RAS Citron, LLC,    130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Wyndham Place at Freehold Condominium Association,,    c/o Cutolo Mandel, LLC,
                 151 Highway 33 East,   Suite 204,    Manalapan, NJ 07726-8635
515947829      #ACB Receivables,    19 Main Street,    PO Box 350,   Asbury Park, NJ 07712-0350
515947830       Capital One,    PO Box 30285,   Salt Lake City, UT 84130-0285
516022138       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
515947832       First Premier Bank,    P.O. Box 5519,    Sioux Falls, SD 57117-5519
515947833      +Healthsouth Rehabilitation Hospital,    of Tinton Falls,   2 Centre Plaza,
                 Tinton Falls, NJ 07724-9744
516048550       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515947836       N. Ocean County Medical Assoc.,    PO Box 416923,   Boston, MA 02241-6923
516125861      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
516462572      +Nationstar Mortgage LLC,   c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,   Boca Raton FL 33487-2853
515947837      +Nationstar Mortgage, LLC,   8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
515947838       New Jersey Healthcare Specialist,    PO Box 417191,   Boston, MA 02241-7191
515947839       One Main Financial,    Bankruptcy Department Personnel,    PO box 140489,   Irving, TX 75014-0489
515947840      +Orange Lake Capital Management,   8505 W. Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
515947842      +Wyndham Place at Freehold Condo Assoc.,    c/o Cutolo Mandel,   151 Highway 33 East, Suite 204,
                 Manalapan, NJ 07726-8635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515947831       E-mail/Text: bk.notifications@jpmchase.com Jun 22 2017 22:19:39     Chase Auto Finance,
                 PO Box 901076,   Fort Worth, TX 76101-2076
516051336       E-mail/Text: bk.notifications@jpmchase.com Jun 22 2017 22:19:39     JPMorgan Chase Bank, N.A.,
                 POB 29505, AZ1-1191,   Phoenix, AZ 85038-9505
515947834       E-mail/Text: JSUMCbankruptcy@meridianhealth.com Jun 22 2017 22:20:23
                 Jersey Shore University Medical Center,    PO Box 417140,   Boston, MA 02241-7140
515993652       E-mail/Text: bkr@cardworks.com Jun 22 2017 22:18:54     Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
515947835      +E-mail/Text: bkr@cardworks.com Jun 22 2017 22:18:54     Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
516169193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2017 22:28:58
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial,   POB 41067,   Norfolk VA 23541
516157983      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2017 22:20:03     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515947841      +E-mail/Text: bankruptcydepartment@tsico.com Jun 22 2017 22:20:24     Transworld Systems,
                 507 Prudential Road,   Horsham, PA 19044-2308
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 22, 2017
                              Form ID: 132             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian W. Hofmeister    on behalf of Debtor Denise M Flagg bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Wyndham Place at Freehold Condominium Association,
               Inc. hcutolo@cutololaw.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                             TOTAL: 7
```