UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bhofmeister@teichgroh.com
Attorneys for Debtor

**Order Filed on August 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

DENISE M. FLAGG

Case No.: 16-10730

Chapter 7

Judge: Christine M. Gravelle

**ORDER AUTHORIZING LAW FIRM OF BRIAN W. HOFMEISTER, LLC TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Denise M. Flagg
Case No: 16-10730 (CMG)
Caption of Order: Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor

---

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Debtor, Denise M. Flagg ("Debtor") by way of Motion for Entry of an Order Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor ("Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in good faith; and for other good cause shown:

IT IS HEREBY ORDERED:

1. That Law Firm of Brian W. Hofmeister, LLC be and is hereby authorized to withdraw as counsel for the Debtor.