UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW FIRM OF BRIAN W. HOFMEISTER, LLC
By: Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
(609) 890-1500
(609) 8980-6961 - facsimile
bhofmeister@teichgroh.com
Attorneys for Debtor

In Re:

DENISE M. FLAGG

Case No.: 16-10730

Chapter 7

Judge: Christine M. Gravelle



**Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER AUTHORIZING LAW FIRM OF BRIAN W. HOFMEISTER, LLC
## TO WITHDRAW AS COUNSEL FOR THE DEBTOR

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Denise M. Flagg

Case No: 16-10730 (CMG)

Caption of Order: Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor

---

THIS MATTER having been brought before the Court by Law Firm of Brian W. Hofmeister, LLC, attorneys for Debtor, Denise M. Flagg ("Debtor") by way of Motion for Entry of an Order Authorizing Law Firm of Brian W. Hofmeister, LLC to Withdraw as Counsel for the Debtor ("Motion"); and notice of the Motion appearing appropriate under the circumstances; and the Court finding that the Motion was filed in good faith; and for other good cause shown:

IT IS HEREBY ORDERED:

1. That Law Firm of Brian W. Hofmeister, LLC be and is hereby authorized to withdraw as counsel for the Debtor.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 16-10730-CMG
Denise M Flagg                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 16, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db              +Denise M Flagg,    9-2 Victoria Court,    Freehold, NJ 07728-3917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian W. Hofmeister    on behalf of Attorney    Law Firm of Brian W. Hofmeister, LLC
               bwh@hofmeisterfirm.com
              Brian W. Hofmeister    on behalf of Debtor Denise M Flagg bwh@hofmeisterfirm.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Wyndham Place at Freehold Condominium Association,
               Inc. hcutolo@cutololaw.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                               TOTAL: 8