UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Denise M. Flagg

Case No.: 16-10730
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 8/22/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on September 26, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1.) 9-2 Victoria Court, Freehold, NJ 07728- $170,000
2.) 8505 W. Irlo Bronson Memorial Hwy, Kissimmee, FL 34747 - $0

Liens on property:
1.) $100,000
2.) $20,000

Amount of equity claimed as exempt:
1.) $23,675
2.) $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Ave., Red Bank, NJ 07701
Telephone No.: (732) 383-7233

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 16-10730-CMG
Denise M Flagg                                                      Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2            Date Rcvd: Aug 23, 2017
                               Form ID: pdf905              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db             +Denise M Flagg,    9-2 Victoria Court,    Freehold, NJ 07728-3917
aty            +Law Firm of Brian W. Hofmeister, LLC,     3131 Princeton Pike,    Bldg. 5, Suite 110,
                 Lawrenceville, NJ 08648-2201
cr             +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Wyndham Place at Freehold Condominium Association,,     c/o Cutolo Mandel, LLC,
                 151 Highway 33 East,    Suite 204,   Manalapan, NJ 07726-8635
515947829      #ACB Receivables,    19 Main Street,    PO Box 350,    Asbury Park, NJ 07712-0350
515947830       Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
516022138       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515947832       First Premier Bank,    P.O. Box 5519,   Sioux Falls, SD 57117-5519
515947833      +Healthsouth Rehabilitation Hospital,    of Tinton Falls,    2 Centre Plaza,
                 Tinton Falls, NJ 07724-9744
516048550       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
515947836       N. Ocean County Medical Assoc.,    PO Box 416923,    Boston, MA 02241-6923
516125861      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,      PO Box 619096,    Dallas, TX 75261-9741)
516462572      +Nationstar Mortgage LLC,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,   Boca Raton FL 33487-2853
515947837      +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
515947838       New Jersey Healthcare Specialist,    PO Box 417191,   Boston, MA 02241-7191
515947839       One Main Financial,    Bankruptcy Department Personnel,    PO box 140489,   Irving, TX 75014-0489
515947840      +Orange Lake Capital Management,    8505 W. Irlo Bronson Memorial Hwy,     Kissimmee, FL 34747-8217
515947842      +Wyndham Place at Freehold Condo Assoc.,    c/o Cutolo Mandel,    151 Highway 33 East, Suite 204,
                 Manalapan, NJ 07726-8635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2017 22:03:42      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2017 22:03:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515947831       E-mail/Text: bk.notifications@jpmchase.com Aug 23 2017 22:03:30      Chase Auto Finance,
                 PO Box 901076,   Fort Worth, TX 76101-2076
516051336       E-mail/Text: bk.notifications@jpmchase.com Aug 23 2017 22:03:30      JPMorgan Chase Bank, N.A.,
                 POB 29505, AZ1-1191,    Phoenix, AZ 85038-9505
515947834       E-mail/Text: JSUMCbankruptcy@meridianhealth.com Aug 23 2017 22:04:21
                 Jersey Shore University Medical Center,    PO Box 417140,    Boston, MA 02241-7140
515993652       E-mail/Text: bkr@cardworks.com Aug 23 2017 22:03:07      Merrick Bank,
                 c/o Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
515947835      +E-mail/Text: bkr@cardworks.com Aug 23 2017 22:03:07      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
516169193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2017 22:12:38
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial,    POB 41067,   Norfolk VA 23541
516157983      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2017 22:03:55      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
515947841      +E-mail/Text: bankruptcydepartment@tsico.com Aug 23 2017 22:04:23      Transworld Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Aug 23, 2017
                              Form ID: pdf905           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor    Wyndham Place at Freehold Condominium Association,
               Inc. hcutolo@cutololaw.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                               TOTAL: 6
```