Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−10730−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M Flagg
   9−2 Victoria Court
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3726

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/19/17 at 10:00 AM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Nation Star and Consumer Portfolio Services Filed by Denise M Flagg. Hearing scheduled for 9/19/2017 at 10:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Certification of Denise Flagg # 2 Statement As To Why No Brief Is Necessary # 3 Certificate of Service) (bwj)

Dated: 8/24/17

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-10730-CMG
Denise M Flagg                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 24, 2017
                       Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db          +Denise M Flagg,    9-2 Victoria Court,    Freehold, NJ 07728-3917
cr          +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
             Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
      Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Hubert C. Cutolo    on behalf of Creditor    Wyndham Place at Freehold Condominium Association,
   Inc. hcutolo@cutololaw.com
      John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
   bkyecf@rasflaw.com;legerman@rasnj.com
      Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
   bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                                                                                                                                                 TOTAL: 6