UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Denise M Flagg

Case No.: 16-10730-CMG

Hearing Date: 8/29/17

Judge: Christine M. Gravelle

Chapter: 7

Order Filed on August 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:  ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
To Disgorge Legal Fees

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

      A motion or application having been filed on      August 4     , 20 17  by Debtor, Denise M Flagg for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*