UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Denise M Flagg

| | |
|---|---|
| Case Number: | 16-10730-CMG |
| Hearing Date: | 9/19/17 |
| Judge: | Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to \_\_all creditors served with the notice of motion\_\_ is reinstated effective the date of this order.

*rev.7/12/16*