**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Denise M Flagg | Social Security number or ITIN   xxx–xx–3726 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   16–10730–CMG

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Denise M Flagg

10/20/17                                              **By the court:** Christine M. Gravelle
                                                                          United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
 obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
 decided or will decide are not discharged
 in this bankruptcy case;

♦ debts for most fines, penalties,
 forfeitures, or criminal restitution
 obligations;

♦ some debts which the debtors did not
 properly list;

♦ debts for certain types of loans owed to
 pension, profit sharing, stock bonus, or
 retirement plans; and

♦ debts for death or personal injury caused
 by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-10730-CMG
Denise M Flagg                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Oct 20, 2017
                               Form ID: 318            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db               +Denise M Flagg,   9-2 Victoria Court,    Freehold, NJ 07728-3917
aty              +Law Firm of Brian W. Hofmeister, LLC,   3131 Princeton Pike,   Bldg. 5, Suite 110,
                  Lawrenceville, NJ 08648-2201
cr               +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
                  Fairfield, NJ 07004-2927
cr               +Wyndham Place at Freehold Condominium Association,,   c/o Cutolo Mandel, LLC,
                  151 Highway 33 East,   Suite 204,   Manalapan, NJ 07726-8635
515947829        #ACB Receivables,   19 Main Street,   PO Box 350,   Asbury Park, NJ 07712-0350
515947833        +Healthsouth Rehabilitation Hospital,   of Tinton Falls,   2 Centre Plaza,
                  Tinton Falls, NJ 07724-9744
516048550         JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
515947836         N. Ocean County Medical Assoc.,   PO Box 416923,   Boston, MA 02241-6923
516125861        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
516462572        +Nationstar Mortgage LLC,   c/o Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave.,
                  Suite 100,   Boca Raton FL 33487-2853
515947837        +Nationstar Mortgage, LLC,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
515947838         New Jersey Healthcare Specialist,   PO Box 417191,   Boston, MA 02241-7191
515947840        +Orange Lake Capital Management,   8505 W. Irlo Bronson Memorial Hwy,   Kissimmee, FL 34747-8217
515947842        +Wyndham Place at Freehold Condo Assoc.,   c/o Cutolo Mandel,   151 Highway 33 East, Suite 204,
                  Manalapan, NJ 07726-8635
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:05     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               +E-mail/Text: bankruptcy@consumerportfolio.com Oct 20 2017 23:05:15
                  Consumer Portfolio Services,   P.O. Box 57071,   Irvine, CA 92619-7071
515947830         EDI: CAPITALONE.COM Oct 20 2017 22:48:00     Capital One,   PO Box 30285,
                  Salt Lake City, UT 84130-0285
516022138         EDI: CAPITALONE.COM Oct 20 2017 22:48:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                  Charlotte, NC  28272-1083
515947831         EDI: CAUT.COM Oct 20 2017 22:48:00     Chase Auto Finance,   PO Box 901076,
                  Fort Worth, TX 76101-2076
515947832         EDI: AMINFOFP.COM Oct 20 2017 22:48:00     First Premier Bank,   P.O. Box 5519,
                  Sioux Falls, SD 57117-5519
516051336         EDI: CAUT.COM Oct 20 2017 22:48:00     JPMorgan Chase Bank, N.A.,   POB 29505, AZ1-1191,
                  Phoenix, AZ  85038-9505
515947834         E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Oct 20 2017 23:05:46
                  Jersey Shore University Medical Center,   PO Box 417140,   Boston, MA 02241-7140
515993652         EDI: MERRICKBANK.COM Oct 20 2017 22:48:00     Merrick Bank,   c/o Resurgent Capital Services,
                  PO Box 10368,   Greenville, SC 29603-0368
515947835        +EDI: MERRICKBANK.COM Oct 20 2017 22:48:00     Merrick Bank,   PO Box 9201,
                  Old Bethpage, NY 11804-9001
515947839         EDI: AGFINANCE.COM Oct 20 2017 22:48:00     One Main Financial,
                  Bankruptcy Department Personnel,   PO box 140489,   Irving, TX 75014-0489
516169193         EDI: PRA.COM Oct 20 2017 22:48:00     Portfolio Recovery Associates, LLC,
                  c/o Onemain Financial,   POB 41067,   Norfolk VA 23541
516157983        +EDI: JEFFERSONCAP.COM Oct 20 2017 22:49:00     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515947841        +E-mail/Text: bankruptcydepartment@tsico.com Oct 20 2017 23:05:51     Transworld Systems,
                  507 Prudential Road,   Horsham, PA 19044-2308
                                                                                        TOTAL: 15

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3        User: admin        Page 2 of 2        Date Rcvd: Oct 20, 2017
                            Form ID: 318       Total Noticed: 29
```

              ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Hubert C. Cutolo    on behalf of Creditor   Wyndham Place at Freehold Condominium Association,
           Inc. hcutolo@cutololaw.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
          Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
                                                                        TOTAL: 6
```